IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| YVONNE MURPHY HICKMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 115-021 |
| | ) | |
| RICHMOND COUNTY GEORGIA, Agency, | ) | |
| and DaCARA S. BROWN, d/b/a The Law | ) | |
| Office of DaCara S. Brown, in her | ) | |
| individual and official capacity, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 8). The Magistrate Judge recommended dismissal of this case because Plaintiff refused to comply with an order of the Court directing her to file an amended complaint. (See doc. no. 6.) The Magistrate Judge thoroughly and correctly explained to Plaintiff that her consent is not required for him to make rulings on non-dispositive matters in the case. Consistent with that explanation, the Magistrate Judge then made his recommendation to this Court on a dispositive matter, namely the dismissal of the case.

In response, Plaintiff filed a document with a six-line title which includes several variations on the words "motion" and "complain," but which, in a nutshell, objects to the dismissal of her case. Plaintiff demands to know why her complaint has not been served on

Defendants and complains, again, about the screening of her *in forma pauperis* complaint under 28 U.S.C. § 1915(e)(2)(B). She also accuses the Court of a variety of misdeeds, requests that all "orders against her" be vacated, and asks for a change of venue.

Nothing in Plaintiff's filing changes the Magistrate Judge's analysis that this case is due to be dismissed because Plaintiff has shown, repeatedly, that she has no intention of complying with the order to submit an amended complaint that satisfies the dictates of Federal Rule of Civil Procedure 8. Likewise, Plaintiff has not demonstrated she is entitled to any relief requested in her baseless motions interspersed with her objections to the requirement that she file an amended complaint. Thus, the Court **DENIES** her motions and **OVERRULES** her objections.

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** this case without prejudice and **CLOSES** this civil action.

SO ORDERED this 30th day of March, 2015, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA